## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 20, 2011

Memo To Counsel Re:   Microsoft Corp. Antitrust Litigation
MDL 1332

Novell, Inc. v. Microsoft Corp.
Civil No. JFM-05-1087

Dear Counsel:

This will confirm, as we discussed during the conference call held today, that the trial in this case will begin on October 17, 2011, rather than October 10, 2011.

Very truly yours,

/s/


J. Frederick Motz
United States District Judge